DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. STANLEY

No. 12 PC.

Case below: 24 N.C. App. 323.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 March 1975.


PETITIONS TO REHEAR

CONSUMERS POWER v. POWER CO.

No. 87.

Reported: 285 N.C. 434.

Petition by plaintiffs to rehear denied 9 September 1974.

DUKE v. INSURANCE CO.

No. 101.

Reported: 286 N.C. 244.

Petition by plaintiff to rehear denied 4 February 1975.

EARLE v. WYRICK

No. 67.

Reported: 286 N.C. 175.

Petition by defendant to rehear denied 5 February 1975.

IN RE WILLIS

No. 32.

Reported: 286 N.C. 207.

Petition by N. C. Board of Law Examiners to rehear allowed 24 February 1975.